### J. T. FISHER v. STATE.

No. A-2110.   Opinion Filed April 28, 1914.

Appeal from the County Court, Kiowa County;
J. S. Carpenter, Judge.

J. T. Fisher was convicted of the offense of suppressing evidence, and appeals. Appeal dismissed.

Hays & Hughes, for plaintiff in error.

PER CURIAM. Plaintiff in error was tried and convicted in the county court of Kiowa county, upon an information which charged a violation of section 2258 (Rev. Laws 1910) of the Penal Code. On the

16th day of August, 1913, he was by the court sentenced in accordance with the verdict of the jury to be confined in the county jail for a period of three hundred sixty-five days. To reverse the judgment an appeal was perfected. On April 15, 1914, plaintiff in error filed a motion to dismiss his appeal, which motion is by this court allowed, and the appeal herein is ordered to be dismissed, and the cause remanded to the lower court.